# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130785

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHARLES LEE ROSS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130785
COA: 263805
Wayne CC: 75-004197

On order of the Court, the application for leave to appeal the February 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0724

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk